NO.W11-22458-U(A)                                         (o4,007-09

EX PARTE                              *          IN THE 291st. Judicial

                                      *          District Court of
                                                 Dallas County of Texas

STEVEN EDWARD VILLNAVE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

### SUPPLEMENT TO 11.07 GROUNDS

Applicant has filed an application for a Writ of Habeas Corpus pusuant to Tex.Code Crim.Proc.Ann.11.07 with WR-64,007-09 which on 3/26/2015 The Court of Criminal Appeals received than sent it back to the Trial Court to resolve the issues of ineffective assistance of counsel which Davey Lamb Attorney submitted his Affidavit to on May 27 th.,2015 citing the following to corroborate ineffectiveness and to support 11.07 ground,,State breach plea agreement as shown:

### SUPPORTING FACTS

See page 1, of Affidavit-Steven Edward Villnave-W11-22458-U(A) at very last sentence starting On 4/11/12,a pass was signed by myself and the assistant district attorney-(continue page-2)on which the assistant district attorney noted that the plea bargain offer was for"5 TDC plus $2000.00." For a DWI Conviction which SEE-Judgment as applicant was convicted for Penal Code 49.05 [Flying Airplane DWI] and sentence to 10 YEARS TDC not Automobil DWI? (BREACH of PLEA AGREEMENT)!

Also without objection by Mr.Lamb page-1 of Affidavit he cites that Applicant (he) appointed to represent the affiant on 4/5/2011 for this DWI of 3/11/11.(... cites Affivant)was bookin on two DWI charges 3rd offense and a parole hearing was held as 11.07 cites and on 7/11/11 and on 6/30/11 the DWI case was filed as indictment was issued and Affiviant was released rearrested on 4/3/12 but never contacted Affivant till April ,2012 as affirming applicants citing in the filed 11.07 April 29,2013 as violation to 5th./14th. U.S. Constitution Amendment to Due Process of Law?

Respectfully Submitted:
*Steven Edward Villnave*
Applicant no.01857494

### CERTIFICATE OF SERVICE

On this June 29,2015 Applicant forward a true and correct copy to 291st.District Court of Dallas,Texas at 133 North Riverfront BLVD.,LB-12 75207 and to The Court of Criminal Appeals of Texas-P.O.Box 12308- Capital Station, Austin,Texas 78711.

*Steven Edward Villnave*

Steven Edward Villnave
Micheals unit #01857494

2664 FM 2054
Tennessee Colony,Texas 75886